# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

REBECCA MARTENEY,

    Plaintiff(s),

v.

EASTMAN OUTDOORS, INC., et al.,

    Defendant(s).

2:14-CV-351 JCM (PAL)

**ORDER**

Presently before the court is plaintiff Rebecca Marteney's *ex parte* motion for an extension of time. (Doc. # 7). Plaintiff requests an extension to September 12, 2014, in which to serve defendant "Kyle."

The local rules require that "[a]ll *ex parte* motions, applications, or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." LR 7-5(b). "Motions, applications, or requests may be submitted *ex parte* only for compelling reasons, and not for unopposed or emergency motions." LR 7-5(c).

Plaintiff has submitted the instant motion *ex parte* and has failed to include a statement showing good cause why the motion was submitted without notice to all defendants, in violation of the local rules.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend

3  time (doc. # 7) be, and the same hereby is, DENIED without prejudice.

4      DATED March 17, 2014.

                                                                      **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -